FILED

09 NOV 17 PM 12: 27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> JORGE LUIS SOTELO-LEAL, ) <br> Defendant. ) | Case No. 09CR3595-WQH <br><br> ORDER AND JUDGMENT OF DISMISSAL |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled Indictment charging the defendant with one count of Attempted Entry After Deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b), returned September 30, 2009, be dismissed without prejudice.

IT IS FURTHER ORDERED that the motion hearing date of December 7, 2009 be vacated.

DATED: 11/17/09 .

United States District Court Judge
WILLIAM Q. HAYES